**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:**  Steven George Hurley, | : | Chapter 13 |
| | : | |
| | : | Case No. 24-12959 (PMM) |
| | : | |
| **Debtor.** | : | |

**ORDER DISMISSING BANKRUPTCY CASE**

**AND NOW** the *pro se* Debtor having failed to file the required documents, see doc. #6;

AND the Debtor having failed to pay the filing fee, see doc. #7;

It is hereby **ordered** that this bankruptcy case is **dismissed**.

*Patricia M. Mayer*

**Date:**  9/13/24

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
Steven George Hurley
7 Madison Road
Willow Grove, PA 19090